# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00789-CV

### J. N., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
## NO. C190072CPS, THE HONORABLE ELIZABETH WATKINS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant J. N. filed her notice of appeal on September 28, 2022. The appellate record was complete on December 13, 2022, making appellant's brief due on January 2, 2023. On December 30, 2022, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion in part and order Daniel A. Clark to file appellant's brief no later than January 23, 2023. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on January 13, 2023.


Before Justices Baker, Kelly, and Smith